## November Term, 1785.

(p. 519 and 472.)

Negro GEORGE againſt BARNT DE KLYN.

### On Habeas Corpus and complaint of cruel Treatment.

THE hearing of this Cauſe coming on, and the Evidence being gone through, Mr. Elias Boudinot on behalf of the Negro, prayed that Mr. De Klyn ſhould oblige himſelf not to ſend the ſaid Negro George out of the State, and the Court having conſidered thereof, required Mr. De Klyn ſo to do, which he accordingly did in open Court.